# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0950

_____

WILLIAM SALCEDO,

    Appellant,

    v.

21 METECH CORPORATION and
SUMMIT CLAIMS CENTER,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jeffrey I. Jacobs, Judge.

Date of Accident: June 15, 2021.

April 26, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

*_____*

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

*_____*

Kevin R. Gallagher of The Gallagher Law Group, P.A., Fort Lauderdale, for Appellant.

David K. Beach of Rissman, Barrett, Hurt, Donahue, McLain & Mangan, P.A., Tampa, for Appellees.